# UNITED STATES DISTRICT COURT

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
SEP 08 2025
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

for the

HSD District of

Division

Case No. 3:25-cv-00070
*(to be filled in by the Clerk's Office)*

Dr. Angela A. Wilmot, DMA
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Paul G. Mahoney
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*
See Attached

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

PA A- Pro Se 15 - Complaint for Violation of civil Rights
Attachment

# Defendants (cont)

(2) Senator Tim Kaine

(3) Dr. Matthew Haas

(4) Dr. Robert Michel, MD

(5) Dr. Warren Quillian, MD

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dr Angela A. Wilmot
Address: PO Box 4843
Charlottesville (City) VA (State) 22905 (Zip Code)
County: Albemarle
Telephone Number: 434-466-9231
E-Mail Address: angelawilmot@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Paul G Mahoney
Job or Title *(if known)*: Interim President, UVA
Address: Madison Hall, 1827 University Ave
Charlottesville (City) VA (State) 22905 (Zip Code)
County: Albemarle
Telephone Number: 434-924-3337
E-Mail Address *(if known)*: ~~angelawilmot@yahoo~~ president@virginia.edu

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Senator Tim Kaine
Job or Title *(if known)*: U.S. Senator
Address: 231 Russell Senate Office Building
Washington (City) DC (State) 20510 (Zip Code)
County: District of Columbia
Telephone Number: ~~[illegible]~~ 202-224-4024
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Dr Matthew Haas

Job or Title *(if known)*: Superintendent Albemarle County Schools

Address: 401 McIntire Road

Charlottesville, VA 22902
City State Zip Code

County: Albemarle

Telephone Number: 434-296-5820

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Dr Robert Michel

Job or Title *(if known)*: MD

Address: 900 Rio East Ct Suite 4

Charlottesville, VA 22901
City State Zip Code

County: Albemarle

Telephone Number: 434-975-7777

E-Mail Address *(if known)*:

☒ Individual capacity ☐ Official capacity

See attached

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15
3A

Defendant No. 5

Dr. Warren Quillian
MD
1490 Pantops Mountain Pl. Ste 200
Charlottesville VA 22911

Albemarle County
434 979-4440

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- Medical Malpractice resulting in forced showing of child health information in public schools
- Hostile Work environment as a result
- Damages to Title IX and Ferpa rights
- Conspiracy in hate crime and coverup of attemped murder
- Forced oppressive child labor
- illegal surveillance on private property resulting in loss of trade secrets + property

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

- UVA Health System
- Old Cabell Hall + Helm Theater
- Albemarle County public schools
- Pied mont Pediatrics
- Pantops Family Medicine
- UVA Student SVCS.

B. What date and approximate time did the events giving rise to your claim(s) occur?

- 2006, January
- 2006-2018 intermittent performances
- beginning in Schools, 2006-2022
- at P.P 2005-2018
- 2018-23 medical care
- 2022 - present - monthly

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- Surgical Malpractice using robotic device on infant, 2006, UVA
- Resulting forced showing in writing to teachers 2007 annually detailing physical attribute w/ no theraputic need
- Hate Crime attempted vehic. manslaughter 64, March 2007
- Discrimination in schools and medical practice
- Refusal to establish medical power of atty at UVA w/ 17 y.o. victim of discrimination, 9/2022
- Refusal to provide directory info after disasters on campus, 11/2022, 6/2025
- Complete loss of contact of beloved daughter and victim of direct discrimination
- Subject of neurological research + abuse (2009): Haircuttery, Stockholm, UVA heritage theater

- victim of police/fire retaliation, 8/2025, necessitating use of Epi Pen, purchase after delivering letter to UVA President's office

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- ineffective robotic surgery requiring 2nd open surgery, PFWM
- vaso vagal Responses to vaccines since surgeries
- concussion after fire on theater premisis
- poisoned contact lens solution, 10/2022
- tampering w/ visual field, ect. when performing at UVA
- stress, loss of reputation, loss of property, loss of work
- loss of beloved daughter's contact

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- require UVA present our beloved daughter in mutually agreed upon location
- $5.5 M. (Net) in lost wages, distress, and to establish a medical trust fund for PFWM
- Request an Injunction and request an apology from UVA Health
- Request that the President of UVA express an apology to PFWM and validation of our, her parents, hard work for her well being
- Request PFWM be presented to us by the President of UVA
- Insure non-discrimination in AGWM's early application to UVA on the basis of this torte.
- 3 UVA graduation tickets, 2026
- Requesting Service to defendants by US Marshall

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/8/2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Dr Angela A. Wilmot, DMA

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Address __________

*City* *State* *Zip Code*

Telephone Number __________

E-mail Address __________

HS Requesting review as sealed Doc.

Case Number 3:25-CV-00070

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
SEP 08 2025
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

**COMPLAINT**

**PLAINTIFF**

**Mailing Address**

Dr. Angela Wilmot, D.M.A.

P.O. Box 4843

Charlottesville VA 22905

434-466-9231

**Home Address***

Dr. Angela Wilmot, D.M.A.

104 Georgetown Green

Charlottesville VA 22905

434-466-9231

*Due to my Protected Voter status and precedent of possible crime of a USPS employee living in our neighborhood, resulting in complaint filed with USPS, please direct all case-related mail to the Mailing Address above

**DEFENDANTS**

Interim UVA President Paul G. Mahoney

Madison Hall

1827 University Avenue

Charlottesville VA 22905

434-924-3337

Blank

Senator Tim Kaine

231 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, D.C. 20510
PHONE: (202) 224-4024
FAX: (202) 228-6363

Dr. Matthew Haas, Superintendent

Albemarle County Public Schools

401 McIntire Road

Charlottesville VA 22902

434-296-5820

Dr. Robert Michel, MD, Piedmont Pediatrics

900 Rio East Court, Suite A

Charlottesville VA 22901

434-975-7777

Warren Quillian, MD, Pantops Family Medicine

1490 Pantops Mountain Pl STE 200,
Charlottesville, VA 22911
**Phone:** (434) 979-4440

## JURISDICTION

1) In good faith, related to the influence of government parties described with their full names in my claim of conspiracy, and protecting the identity of my daughter whose specific health information was use to enact the conspiracy and discrimination, and with possible relation of Judge Yoon's influence, I am requesting this complaint be filed as an HSD (Highly Sensitive Document) as described in Standing Order No. 2021-01 and 2024-05 as filed in the US District Court of Western Virginia, June 14, 2024. I am filing complaint in Western District Court of Virginia, Charlottesville.
2) This case is a situation of dismemberment through misconduct of government employees in on the local, state, and federal level. Some of the problems could invite endless technical smaller lawsuits. I am presenting in federal court due to breaches of personal information following malpractice, resulting in a retaliatory conspiracy as detailed in the written language below. It is a civil lawsuit, though organized crime has resulted from employee misconduct, including attempted murder, grand larceny, fraud.
3) Though as a public university, UVA is considered a state actor, I am filing the discrimination charges, 42 U.S.C. Section 1983, beginning with medical malpractice, resulting in harassment and trespassing, Conspiracy in the coverup of a hate crime, then leading to Title IX violations and hiring discrimination, in Federal Court due to the federal funds and federal charges of abuses of minor student information in public settings, and abuses of FERPA law by the University of Virginia in emergencies on campus to deprive our parental rights when seeking basic directory information after serious infection and with examples of civil unrest on campus.
4) I have tolled the statute of limitations due to fraudulent concealment actions of the US government on behalf of UVA's interests and what I am labeling "discovery period" allowing form my healing and development after the trauma of impact of the conspiracy derived accident and resulting social harassment.
5) As minor, basic information such as birthdate or social security number may not be presented in public court settings. So should minor health information not be presented in public education settings unnecessarily as was demanded of us by the University of Virginia Health System beginning in 2006, nor should religious information provided on a transcript invite political fundraising the area. The abusive precedent of discrimination provided to teachers in writing, that created the issues in the Commonwealth bringing harm to our bodies, property and safety, gagging us about why our approach to employment was taking a long time, impeding our own direction for our family, masking forms of personal judgement of our character, and impacting hiring and presenting future issues along these lines.
6) I define the UVA brand's public corporation here. It maintains unique federal capabilities and assets as a hybrid university, different from other state universities in the country. While it is not specifically federally owned, as a military or JAG school is, it, in addition to typical business and commerce lobbying, due to the nature of its historic property and visiting American elected and international officials, including U.S. Presidents, has specific inroads and media ties to lobby Congress and/or the White House in its favor or quash legal issues that arise that normal immunity does not protect. This gives its Rector and Board of Visitors with secret societies uncharted power to preempt legal charges against the brand.

Blank

## ALLEGATIONS: OVERVIEW

**2005-present** In violation of the 13th Amendment, our family has been made to live in a state of slavery to the University of Virginia, Albemarle County Public Schools, and two separate medical practices in Albemarle County. I am suggesting this is the result of the forced sharing of private health information by a surgeon's practice at UVA health beginning in 2006 following the faulty use of a robotic medical device in front of a school of medical students, and in direct violation of our civil rights which in turn, via strategized maneuver and conspiracy, resulted in the endangerment of me and our college student at UVA.

We have not seen our beloved daughter, referred here as PFWM, for approximately three years and do not know her whereabouts, since her eighteenth birthday on campus as a UVA student. This occurred following our concerns reported to UVA' Student Affairs about unusual conduct that could reveal threats to her safety if she was being held up, and seem coached, and contrary to her typical conscientious and sunny behavior when well-rested. These included, daily purchases of $25 takeout on campus when she had a meal plan, the removal of $6000 from a jointly owned bank account without prior communication, and highly reactive temper after beginning a prescription I helped her to obtain in the summer of 2022, possibly contributing to an infection that could threaten her life, experienced the first two weeks on campus.

**VIOLATIONS OF PARENTAL RIGHTS OF A MINOR AND WITH REGARDS TO AN ACUTE STUDENT HEALTH SITUATION,PRODUCING INTENTIONAL EMOTIONAL DISTRESS**: At that time UVA Student Services protected the UVA brand and evaded my request to establish reasonable protocols and medical power of attorney following this event when PFWM was 17 years old. I believe strategy was used in the university and public school community to produce this result.

Simply stated, UVA employees' exploitation of personal child health information in public schools created slavery of our family in the following areas:

1)**Beginning 2005: Discrimination and intimidation resulting in Medical Malpractice and civil rights abuses:** we were rushed into the use of a surgical robotic device on our infant without proper disclosure of risks or experience of its use on infants, resulting in the necessity for additional surgical procedures

2)**2006 – 2018 Hostile Work Environment**: In violation of Title VII Civil Rights Act of 1964, UVA's performance ensembles were permeated with ridicule, insult, to alter the condition of a victim's employment through abusive environment using methods of distraction including control of my eyes and ears in performance environments, and inequitable application of military enhancement or competitive college based patented enhancement of acoustical science (MIT Bose, USMC, or Virginia Tech, eg) to bolster the confidence of section leaders at UVA in ways that led to their abusiveness and an instrument fraud scam locally

3) **2006-present** Title IX – Ultimately, the diminishing of our FERPA rights in our daughter's college search in her high school in line with her best interests and our family goals were the direct result of the forced sharing of health information in schools for no therapeutic purpose, resulting in demeaning our daughter's sense of autonomy and our cohesiveness as a family. I present this purely with no judgement for any adult choices our daughter has, as a result, chosen.

I am suggesting, however, a unique gender independence was promoted to our minor daughter on the basis of the information about her forcibly shared, unique biological anomaly, with early independence from parental input, leading to the specific estrangement upon graduation and coached in public schools. The intent to discriminate by the UVA nurses who pushed us to present the letter, or in consort with several local UVA nurses, was the cause of the discrimination in schools.

4)**2006-present** Defamation and discrimination on the basis of a minor health condition we were forced to share in public schools, and antisemitism in police work, and schools, resulting in possible scaffolding of abduction by means of persuasion of our minor child within ACPS, utilizing science in schools and social pressure of teachers, possibly in a strategized maneuver with cult and religious capabilities of UVA nurses.

4)**2007** Conspiracy in the form of a hate crime related to hiring discrimination at UVA while my daughter PFWM was a synagogue preschool student as method of retaliation as detailed in "Detailed Allegations."

5) **2018-2022**Child Labor: Forced labor without allowing for our intervention by scheduling in multiple Starbucks location, after 2-3 degree burns in an independent café, and resistance to my oversight when working at Snows Garden Center, while engaging in top level curriculum and enrichment activities, including medic training at CATEC, in the community

6) **2022** UVA's FERPA violation abuses: While PFWM was a minor enrolled on campus, UVA impeded our ability to establish medical power of attorney, then basic directory information in examples of Civil Unrest, contrary to established practices described as a health or safety emergency allowing parents basic directory information in place with the US Department of education since 2010. In the Document, **"Family Educational Rights and Privacy Act (FERPA) and the Disclosure of Student Information Related to Emergencies and** s parents are considered an "appropriate party" for the disclosure of directory information "in connection with an emergency," which means "related to the threat of an actual, impending, or imminent emergency, such as a natural disaster, a terrorist attack, a campus shooting, or the outbreak of an epidemic disease." (https://studentprivacy.ed.gov/sites/default/files/resource_document/file/ferpa-disaster-guidance.pdf)

7) **2008-2010** Through the illegal surveillance of my practice space and the broadcast or recording of practice sessions and lessons taught, trade secrets trained through specific specialized high profile training at Juilliard occurred, in addition to profiling of our family's moods, using special kinds of science to stimulate family disagreements, through no medical explanation, consented participation in therapeutic family activities, nor surveilling. This may have been done via Youth Orchestras for funding, resulting in poaching, in consort with several private out of state elite universities and their lobbyists designed to impede competition, and as a result of the personnel who created the hate crime or experienced advantages in their professional careers as a result.

## DETAILED ALLEGATIONS

1) I am suggesting UVA extracted examples of prior jury involvement, police and fire personnel misconduct, and malpractice created a deliberate breakdown in the relationship with my daughter in hiding malpractice at the UVA Health System. These examples have included unlawful forms of intimidation and retaliation, engineered temper through control of the ears, the hiding of

felonious activities in the Commonwealth, beginning with the forced sharing of health information in my daughter's schools in the Charlottesville area as a minor.

2) In Definitions and Jurisdiction sections, I have presented the verb "toll." I have tolled these charges so that excess attention in schools would not embarrass PFWM nor interrupt her studies and healing from surgeries in addition to my own trauma responses to accidents, trespassing, and other crime.

3) **FERPA DIRECTORY INFORMATION AND PARENTAL RIGHTS, STRATEGIZED DISCRIMINATION ON THE BASIS OF HEALTH INFORMATION SINCE 2006** Since 2022, The University of Virginia has impeded contact through the deliberate mishandling of my request to establish with my 17 year old minor student a medical power of attorney in her interest. We have not seen her since she turned 18, and in June 2025, CR impeded my request for basic directory information about our daughter, saying, "Ma'am, I cannot help you, get a lawyer." Detailed description of the precedents leading to this breakdown, if it even could be described as a breakdown of a relationship, and not coercion or deceptive intentions of university officials given the gross misconduct of university employees, is as follows:

4) After performing with the Ash Lawn Opera Company at President Monroe's Ash Lawn Highland Estate in Summer 2004, I gave birth to a healthy baby daughter, referred to in this case as PFWM, in my then home City of New York's Columbia Presbyterian Medical System after nine years residence as a student, graduate student, and employee. From good attention to prenatal care from the moment we learned of the pregnancy on 2/13/2004, we discovered a non-genetic birth anomaly affecting critical glandular and organ function in utero at twenty weeks of my pregnancy. It possibly was related to chemicals still in our bodies from volunteering at Ground Zero pit nine days after with the FDNY without the oxygen tanks and skin protections FDNY used, and the toxic environment in the air NYC for at least one year following the terrorism. The anomaly was not due to maternal attention to nutrition, behavior, or other reasons. We did a genetic screening with this finding and discovered no chromosomal variance.

5) I was encouraged to move to Charlottesville by a former UVA lecturer, TE, who now serves on the faculty of Virginia Commonwealth University. In 2004, she said that the French horn lecturer position would soon be vacated and its incumbent professor would gladly coach me into the job and that I would have no issue winning it. With this information, as new parents, baby PFWM, her father and I rushed to move to Charlottesville in 2005 to attend to what was suggested by pediatricians in NYC was surgical need that would eliminate the need for prophylactic antibiotics she took daily as an infant.

6) When playing again for Ash Lawn in 2005, a UVA nurse, VLK, the same woman who was my host when working for the festival and living solo with her in 2004, as arranged by the festival, presented a Thai national babysitter living in bondage to a Korean man (while still living in the Albemarle County residence as a housekeeper, she later had a child with a Russian speaking Uzbekistani national living in the area who would drive her to our home for babysitting). With no alternatives, this child care situation was established by a UVA health system nurse with whom we were staying for the summer, who quickly categorized PFWM's father as Jewish. The divorced nurse was the former rector's wife at St. Paul's Episcopal Church, where Charlottesville's current mayor and criminal attorney LS also is a congregation member. I began to attend services with the nurse in the summer of 2004. I discovered, after being hired for the Ash Lawn job (an extension of William and Mary University) that my husband's grandmother's

clergy person from NH who had attended her funeral in NH 2004, was the acting Rector at St. Paul's, DM.

7) In fall of 2005 a health plan with excellent benefits within the Charlottesville area was offered, affiliated with my husband's job at the Core Knowledge Foundation. It's an educational think tank promoting common curricula in United States public schools. We moved our family from our New York City apartment ourselves (no relocation) with the sole intention of our what we thought would be the top-level care of professional physicians and nurses for our daughter, despite needing to pay a non-citizen, our summer babysitter, cash, something that raised eyebrows of friends who worked in Washington (one of these is the current lobbyist for Georgia Tech, RK, living in Alexandria VA who stood as a sponsor in my younger daughter's baptism at St. Paul's, who first visited Charlottesville in 2005 with my high school friend to hear Ash Lawn performances). My husband's direct supervisor at CK, once our daughter began preschool, AW, was a woman who was a Curry School graduate student who had worked in the Corporate environment of Capitol One with her husband. She also made visits to the Ukraine to teach children.

8) The surgery on our daughter's body at UVA in January 2006 in front of a medical school class did not go as planned. The surgeon CP used the da Vinci robotic device, according to Google, in 2004 acquired by UVA at a cost of at least $2M from Intuitive Surgical, Inc (then CEO LMS, Harvard MBA and former IBM executive). There was something uncomfortable about the aftermath. In an aggressive defense of the specific specialty's department (with disorganized office staff and angry, disorganized nurses who mentioned their friendship with our 2004 host nurse, and ultrasound techs of British origin) and reputation of the UVA Medical School, we were forced to share private information about our daughter's body with school teachers in Charlottesville and Albemarle County by FP.

9) Circumstantially, it should be noted that at that time, we knew many physicians and med students in the North East, in New York, Boston, Canada, and New Haven, as well as Wisconsin, when my father worked for Governor Thompson as a state agency head (Note: Governor Thompson later became President GW Bush's Health and Human Services Secretary. Also hailing from Wisconsin, was Gov. Thompson's predecessor in the federal agency position, former UW Chancellor Shalala who was President Bill Clinton's H&HSS). Our maid of honor for our September 2001 wedding in NYC also was an MIT trained medical device mechanical engineer whose sorority of engineers we had met on college visits to Boston. We also had some experience in NYC society, private catering for George Sorros at his ex-wife's Annaliese's apartment, an Al Gore political event with NYC black religious leaders when Howard Dean, MD was DNC Chairperson, Bank of America launches and other WTC area catering, and working for a hedge fund run by two (Jewish) Harvard MBA's (researched Health South Headquarters in 1999 and did not agree to buy the stock on the basis of disorder and bad vibes, subsequently, the brand became the managing health corporation at one point in Charlottesville) and CIBC World Markets campus recruiting (inviting Darden grads to work for its bank through recruitment weekends in Charlottesville), in addition to my professional work as a faculty member, arts administrator, and performer. Though declining its graduate admissions offer in 199 in favor of remaining in NYC for studies, I had friends at Yale University and in the New Haven community and would travel to socialize with our contemporaries. Our family took it somewhat personally when language about "slick New Yorkers" entered into political commercials in Virginia, after our move.

10) **DEFAMATION AND DISCRIMINATION: Strategic disrespect and using politics and science in schools to impede parental rights** The letter revealing personal information about PFWM's health was demanded by a nurse from UVA, then pushed with the agreement of PFWM's pediatrician RM, when I asked if the letter was a good idea, and asked, were we referring to our daughter formally as disabled (he said no to the label, but yes to presenting the letter). I trusted the suggestion and obeyed, not forseeing the potential discrimination we would experience, or both seeing it, feeling powerless, and letting things play out. Also, given the tone of the UVA nurse, I was fearful of Dr RM to reveal that we were intimidated and forced to reveal in writing a letter from the UVA health system a letter detailing specific health information. This was not related to our daughter's ability to perform tasks to classroom school teachers annually at Congregation Beth Israel Preschool and Kindergarten, RS, one of these an allergy nurse married to a UVA professor, and subsequently, to teachers within Albemarle County Public Schools. In-office threatening language from FC included, "If you refuse, we will get a social worker involved," and when as a toddler PFWM resisted a test, saying "you have a willful child and I feel sorry for you" was not a good bedside manner and contributed to the resistance she experienced from PFWM. For a nurse working in this kind of specialty it seemed particularly harsh in a way that I would describe as intentional.

11) Our first introduction in ACPS in 2010, however, included a person who did not ask our permission or if we wanted for her to pick up our younger daughter and hold her during Open House (Ms. D). The elementary school also employed the mother of a horn student, whom I prepared to play taps at Thomas Jefferson's closed family grave on July 4, an honor reserved for his descendants. This high school student at Monticello High School talked proudly about his family's participation in Civil War reenactments and his uncle, who was Albemarle County Sheriff at the time. In this mostly black elementary school, its PTO president was married to a Harvard Buddhist scholar at UVA, and its principal made efforts to photograph our daughters at school events in ways that I requested she would not, given the health information. It felt like she wanted to use the image for fundraising purpose. The years at Greer (2010-13)with PFWM and her sister AGWM, I observed a kind of science used to control PFWM that wore off with side effects after she left the bus, affecting her behavior and way of relating to other young people. This also was true of her younger sister. I observed that this might have been neurological educational research applied to a lower income population.

12) Sometimes, parents need to speak for their children not related to the child's own strength and intelligence but due to factors causing harm via the child. PFWM could feel the judgement of her social group after she was encouraged to speak about her physical situation from an early age. This resulted in embarrassment impeded her academic attention in public school from teachers and created in-classroom and social discrimination. In ACPS, one teacher placed heavy interest in blue-eyed Indians in the classroom unit about American Indians. In a way she told me about it, I the lesson knew made my daughter feel singled out. Others including parents working for UVA would not include her in the academic culture, until we removed her and had her enroll in a school in a different part of the district, with smaller class size requiring our transportation (2013-18), requiring my availability for the girls' transport. The new school was better, but our whole family experienced poor and unprofessional attitude, by the District's nurse stationed there, ostensibly defending the actions of the UVA nurse, PFWM's pediatric practice, and ACPS in the misuse of the information. As demonstrated in 8/2025 when bringing AGWM to a vaccine clinic,

nurse EG tried to use a secret code with AGWM. I asked the nurse what she was talking about, and she said "Oh we established that when she would paint with blood and boogers at Hollymead" which I highly doubt of AGWM. From these schools and social circles, I also had concerns about oversight in 2016 when at track meet when PFWM came home with an embarrassing parasite that none of the rest of us had. It was downplayed when I called RM's practice and I was referred for OTC medication at the pharmacy twice, without speaking directly to a nurse about it.

13) **TITLE IX: DESCRIMINATION OF FEMALES THROUGH PRESENTING ALTERNATIVE FAMILY UNITS AS WOULD RESULT IN POSSIBLE SURROGACY IN ACPS** We took time to provide the best health care, nutrition, healthy lifestyle, and academic and social development for her in the restoration of her self-esteem. This insensitive handling by UVA Health, however, created PFWM's resistance to her own self-care development. Though our daughter's health was not related to her heritage, we felt we were judged for it anyway, or unique gender assumptions were made about her as she supported transgendered peers in middle school.

14) Alternative family units not related to our own family unit (with my own observation about the potential for exploitation of young women's genetic materials from experience with high profile alternative families in the performing arts) were pushed in public schools, 2010-18, and I deemed this gender discrimination of young females to promote alternative lifestyles without discussing the realities of surrogacy within such families. This played upon PFWM's own insecurities about her body that were prominently noted in classrooms, by alternative family proponents such as the Buddhist scholar family, and extreme alternative family gay rights lobbying resulting even in a student walkout, fall 2022. Note: Precedents of ethnographic and social research via public student music departments in Virginia through folk music societies with Harvard and Oxford,, since 1913, was suggested by UVA's graduate student, Aldona Dye in her 2020 dissertation, presented by its author and UVA musicologist Richard Will in a 2021 semester-long graduate seminar I attended virtually as part of my doctoral studies.

15) **TITLE IX and ABUSING FERPA TO EVADE GENDER ENTITLEMENTS OF FEMALES ON SELECTIVE SERVICE AGREEMENTS** Each of these examples produced in our experience, an environment of gender discrimination and violations of Title IX rights as our family to experience life without persecution in Albemarle County with two female daughters, a mother and father, in the same way that a strict adherence to FERPA law has been developed to recruit young males at age 18 for military service, and could undo the Selective Service agreement opt out selection "I am female" on federal forms. In the on-campus article presented by St. Paul's [redacted]s about her UVA student daughter, she related in 2025 that while a clarinetist, she was isolated on campus, then recruited by the US. Army. This culture is especially prominent in Virginia with its tension between military and historic academia cultures related to sinister forms of ethnographic research, as opposed to other states, where in our experience, college culture includes joyful homecoming holiday experiences together, easing the transition from teen to young adulthood after the stress of exams and with stories to share about the semester, as our health insurance provided for our children also promotes. We had no way of preparing our daughter for the culture she would meet because it was scaffolded in her high school and we, her parents as US Citizens hail from Wisconsin and Ottawa.

AAW

16) **INTERNATIONAL EMBASSY AND ORIGIN WITH PHYSICAL ATTRIBUTES OF MINOR USED TO SINGLE OUT, DISCRIMINATE, DENY MATERNAL HEALTH**

**CARE, AND A MISUSE OF INTELLIGENCE** I felt like we presented our honest situation about our daughter in her best health interest in good faith when we arrived in Virginia 2005 by immediately establishing a pediatric relationship based on a colleague's referral to RM's practice. I believe it was the health system and pediatric practices' job, along with our daughter's physical care, to instruct her and us about the best way to manage not only health, but educate us about legal issues that could arise for all of us, not create through theatrically staged problems with science, breeding misunderstandings that took their toll in our family dynamic .

17) Rather, these hospital systems constructed impossible problems that would cost us more health care dollars, in those practices' efforts to document in the local hospital practices, scenarios that had occurred in an incubated environments including our car. The leaked information created a culture of boom producing through major entertainment corporations with loose definitions of professional development, one affiliated with an Albemarle County and Martha Jefferson physician's family and former landlord, another related to a ceramics studio teaching position I did in NYC. These producer maneuvers distracted from any substantial academic focus for children, and as a mother I worked double time to reign in my daughters' academic focus. We felt only valued for media ties, and the potential output of our children as child actors, not our daughters' academic potential.

18) Given professional experience with antisemitism, my concerns about geopolitical pressure affecting PFWM's care, exerted on our family by a specific embassy, despite all of our American citizenships, were voiced by me to PFWM's pediatric physician RM. These concerns were not related to international diplomacy experienced at the level of musicianship I work with, but directly related to the pressure of the international lobbying in ways that were pressuring all of us in the community. These concerns were evaded, as well as other concerns about misogynistic behavior of the physicians in his practice. The preemptive retaliatory effort of the UVA health system and Piedmont Pediatrics, in consort with our child's Kindergarten transcript from CBI resulted in all kinds of discrimination and retaliation at UVA, in Albemarle County Public Schools, and within the Commonwealth, resulted in cruel and unusual misuses of state and federal employees including neighbors, ultimately resulted in his denial of my physician care by Dr. WQ and Pantops Family medicine after PFWM's medical records were transferred from Piedmont Pediatrics in good faith. I myself brought PFWM to interview Dr. WQ to see if he would respect her academic efforts and physical body. He put down any kind of nascent interest of my daughter's in studying medicine, saying only people whose parents were doctors went to medical school. He made a point of mentioning patients who are living organ donors who establish relationships with organ recipients at this meeting.

19) But with the denial of my care, he helped to create a problem between my daughter and me, eluded to in Summer 2022 when calling Dr the practice's supervisor, to obtain an antibiotic salve for PFWM's toe, saying "I am sorry." The implication is that these practices were evading ethical charges by trying to make PFWM feel bad about her body and her family, while growing and healing from four surgeries in twelve years and working so hard to develop her extraordinary verbal, math, and musical skills. With the high amounts of drama of this problem, I cannot imagine any eighteen-year-old who would be able to present a loyalty to her parents if it was challenged by her doctors, teachers, and college administration in front of her systemically her whole life, for her first eighteen years. This initial project-managed experience endangered all of us and our rights to private property, due process, and an effort to seek a second medical opinion

for minor PFWM in the interest of her female health, future as a woman, and care of her organs, especially critical if it related to a patch-job for insurance purposes vs. the ultimate correction that would, if successful allow her opportunities such as a freer experience in childbearing years, if she chose.

20) **CONSPIRACY TO HIDE ATTEMPTED MURDER, DENY RIGHTS ON THE BASIS OF RELIGIOUS AFFILIATION, SURGICAL MALPRACTICE AND FORCED HEALTH INFORMATION SHARING OF A MINOR, JURY DUTY, AND LACK OF SUPERVISION IN TERRORISM VOLUNTEER WORK USING FEDERAL AND STATE EMPLOYEES** I had outstanding physicians in NYC whose ethics in medicine, music, and religion, I trusted. In Charlottesville, the pediatric practice aimed to protect the region from any claims of medical malpractice by driving a wedge between my daughter and me, through our disrespect in examination rooms and treatments not described nor consented-to. Many of these examples can be presented, but here is one. Dr. RM, knowing that our family had Jewish heritage and people in professional musical international positions in our family, as well as had enrolled PWFM in CBI Preschool, said "Now why do you think you were not invited to play with the Richmond Symphony's Christian MWS concert that I am attending this weekend?," in Fall 2007, following the hate crime setup with VA State Police and a trucking company from Nashville called Faith Unlimited in 2007.I suppressed the lump in my throat and did not answer Dr. Michel's pointed (and cruel) question, ostensibly related to the small town gossip about the hate crime and government employees including a private lesson student's father who was a JAG attorney, and church friend of Dr. Michel's, assistance in covering up the crime.
21) This accident occurred the same day my father was having hip surgery in Wisconsin, when I was contracted to perform with a chamber music ensemble for the Symphony, using a member of the US Pershing's Own band as a substitute for its original member, with the same name and features as a man who married my husband's cousin, daughter of U.S. Navy Captain, in Rome Italy c. 2015. I am not playing this as a partisan situation. Despite all good will I have experienced under Senator Kaine and appreciation for his watchful eye, it is why I am including him in the list of defendants because the hate crime occurred approximately year Queen Elizabeth visited Virginia in the celebration the settling of Jamestown, during his situation as Governor, and during the contentious presidential McCain vs. Obama campaign. A critical member of the Richmond Symphony who went on to work for the US Marine Corps President's Own orchestra might have been gagged about their role in the accident's setup, and hailed from Arizona. As a Juilliard suitemate, this person was a friend and lose associate while we were Juilliard students, and knew plenty about my life that she did not hesitate to mention on the job.
22) The accident situation exploited the privileges of our own private educations by sharing other personal information such as our address, resulting in unlawful entrance while I was picking up my daughters from school and theft of documents, planting of fabricated bank statements then mortgage statements, the stalking of members of professional orchestras and college faculty we know who were lobbied to travel to undermine our abilities, musical instrument fraud, surveillance of my home without explanation by the landlord and misuse of recorded or broadcast trade secrets revealed in lessons and practice sessions, hiring, and property, in favor of the UVA

brand over the course of twenty years in the community and with friends in US Military performing arts ensembles.

23) Some of these issues also could include conspiracy charges resulting in the aforementioned 2007 accident, of networked fire and police who stalked from NYC with VA state police and military personnel, on the basis of my serving on a 9/11 jury, FDNY vs 2 Jewish men from New Jersey, in 2002. I am suggesting that the politics and my responses were appropriated for the political inroads of UVA, when I was then working with the family of an NYC detective at the time of 9/11. NYC D.A. Hope Olds and her assistant with ties to NBC's DW Law and Order productions presented to our jury that the two Jewish men stole an axe from a fire truck on Cortland Street while the 2001 terrorism was in progress. According to my research, August 2025, former NYC D.A.Olds now is Acting Deputy Assistant Attorney General Department of Justice (also researched August 2025 by phone to the Pearl Street federal courthouse, I was surprised to learn the NYC court system does not maintain jury registers that old). I could not read the intentions of the trial. The FDNY member seemed to be in terrible pain, not favoring Jewish men, and his wild accusations of the robbing of a jewelry store would have indicated prior knowledge of the terror, which seemed outlandish, but a part of the Islamic New Jersey poet laureate's suggestion in those days about Jewish people and 9/11. My coworker at Third Street Music School Settlement, CA, was the wife of Detective Q at the time of 9/11, on Saturdays, and often would come to work as a staunch Bush supporter prior to 9/11, and as a regular smoker showing up at the end of the week and on our busiest school day for young artists, had other opinions or emotions expressed that raised eyebrows of the rest of the staff that worked many hours overtime without pay to keep the school running smoothly and safely.

24) **CONSPIRACY IN RELATION TO EMPLOYMENT DISCRIMINATION ON THE BASIS OF THE MEDICAL MALPRACTICE AND RESULTING DISCRIMINATION** When submitting an application for professor for a UVA lecturer position one year after the faulty surgery, the same week as the 2007 accident, with a recorded piece of French repertoire critical to horn history about the death of a famous British soloist in a car accident, I my brakes were controlled remotely, and I was the victim of a hate crime en route to my job with the Richmond Symphony the morning PFWM was at CBI Preschool. I then was blamed by VA State Police for reckless driving, though had the charge reversed in court by representing myself, due to his inaccurate representation. When working on UVA property, after performances in Europe, I was both used in neurological studies without my consent when hired by the Board of Visitors as an orchestra ringer, and later sustained a concussion due to workplace negligence in fire safety for musician employees at UVA's Helms Theater when a fire occurred in a production of Heritage Theater's 1776. These situation with organized crime have led to my professional development in seeking professor employment in other states, and I have questions about the hacking of my devices and systemic tortures on my property, to try to undermine my stability, especially since doctoral graduation and applying for positions ongoingly and since 2022.

25) **IN OFFICE MEDICAL DISCRIMINATION AND POOR CARE** We are not anti-vaxxers, but a persistent defamation was established by PFWM's pediatrician, then our family health physician, then two gynecological practices in the area where I was treated and delivered PFWM's sister, these serving both Martha Jefferson and UVA Health Systems. This possibly was related to the practice's own fear of PFWM's vaso-vagal responses demonstrated in the

vaccination of PFWM in these offices and during the pandemic, but the behavior of practitioners ranged from intentionally bad, or careless and reactive. This fainting response to vaccines freely consented to by me, PFWM's mother, (though questioning the number of doses of one of them, and a changed system from my initials on a note card to no consent required) might have been related to her anesthesiologists' (in three UVA health system surgeries, plus one wisdom teeth surgery) work, or her own unique body. I expressed concerns about international pressure applied to us locally as a result of the specific embassy's efforts in Charlottesville, as a result of the leaked information locally, and my concerns were downplayed by Dr. Robert Michel.

26) **SCIENCE USED IN LESSENING PARENTAL INPUT AND FERPA RIGHTS IN THE COLLEGE APPLCATION PROCESS** In Fall of 2022, against our better judgement but led by Albemarle County Public Schools and possibly scouts serving in the legal interests of UVA working for Monticello High School's Health and Medical Sciences Academy (HMSA), PFWM enrolled at UVA at age 17 as a fulltime student. Our acknowledgement by intervention specialist LR raised concerns: As a Freshman Seminar teacher, she took a direct interest in PFWM's activities all four years of high school. First, she proudly described adopting public school students who were in her seminar in Back to School videos presented to parents and students, then PFWM was in a group class at school with Ms. Rocco for four years. Ms. Rocco excluded me personally from walking PFWM on the football field as a member of Homecoming Court, then at an Open House, invited PFWM as a minor to visit her son at Virginia Tech without acknowledging me as PFWM's devoted mom or asking my permission.

27) We had a rapport with the MHS principal who had moved to MHS from Sutherland Middle School in 2018 the same year PFWM started high school, RR. We assumed that he had our best interests at heart. However, teachers at MHS had problems with appropriate boundaries. Other MHS teachers raising concerns included the AP Psychology teacher whose classroom was beside Ms. Rocco's, a religiously conservative educated teacher via Concordia College, of anatomy, and the administrator responsible for student honor societies. In August 2025, in phone conversation with MHS's HMSA director, JD did concur that Martha Jefferson Hospital was a sponsor of HMSA. I did report that a form of intelligence used by counselor AS in virtual advisement meetings during the pandemic seemed to lead PFWM to very difficult course selection (as in, this was not pressure from us) similar to leading a witness (I later likened this to the behavior of the Christopher Newport young Trump 1 White House staffer examined by Ms. Liz Cheney in the televised trial related to the 1/6 riot). Mr. AS said that he had called PFWM in the dorm, when I called him concerned about how the UVA experience was playing out in her first semester on campus.

28) **DISCRIMINATION OF PARENTAL RIGHTS OF MINOR STUDENTS IN ESTABLISHING MEDICAL PROTOCOLS AND POWER OF ATTORNEY** In Fall 2022, We as a family of four moved PFWM into her UVA dorm, Metcalf. It was as though the administration had prepared for this specific issue to become a problem, with President JR explaining in his Convocation address that parents should expect rapprochement from students. Developing a sense of safety, freedom, and our dependability through camps and enrichment her whole life, I certainly was not a helicopter parent.

29) Two weeks into her studies on campus, PFWM called home with an infection never experienced under our care at home. This was an infection that could endanger her life. We of course consented to her care, and I immediately called Student Affairs to establish medical protocols and

medical power of attorney with our seventeen-year-old that would protect PFWM and our whole family in the event of further harm wielded by UVA Health System. I spoke with RH, who evaded my suggestion. Student Affairs then tried to protect the brand in the wake of the on-campus murders, and with PR firm or other interests, tried to suggest problems with PFWM's wellbeing in our home.

30) **DISCRIMINATION OF STUDENT AFFAIRS AND PARENTAL RIGHTS IN REPORTING BEHAVIORAL CHANGES AFTER THE INFECTION** PFWM's responses to the UVA administration indicate a wish to please others and evade family history common to self-esteem issues demonstrated by those with Jewish heritage, as presented by a physician and George Washington University's Vice Provost, August 2025 in its virtual conference about antisemitism on campuses. Given all of these situations, even as one who never concerted but has is a Jewish descendant, experience with Jewish culture could help her in her future screening of health care professionals treating her as an adult. From knowing well enough the secret societies on campus, including Raven Society and Landmark Forum engaged by many members of the St. Paul's Memorial Episcopal church congregation, as well as the professional theater world, and observing the intelligence used to control actors in multiple performances I worked for at UVA as a musician in ways that are not union, industry standard in professional cities like New York, the potential for the culture of UVA to brainwash PFWM against her family in the university's interest is high. This is in addition to the kind of neurological direction observed in the online advisement session at MHS, described two paragraphs prior to this. PFWS responses to us could reveal cult activity, Stockholm Syndrome, or trafficking, despite university publications of her image in the powerful role of undergraduate Honor Committee co-chair.

31) **MISUES OF PERSONAL HEALTH INFORMATION FOR POLITICAL GAIN LEADING TO DESTRUCTIVE TRESPASSING AND FRAUD IN ALBEMARLE COUNTY** In 2023, I contacted Interlochen Center for the Arts, where PFWM had studies for a camp session in 2018 as a violin and ballet student, to inquire about any unusual behavior documented or departure from campus without our consent, or any use of her private health information to poach my opportunities as professor and performer. A new development in 2018, while PFWM was at camp, I noted an influx of a lot of young girls who looked like her in Charlottesville driving cars. Given a digital faculty application's request for ICA to allow access to my Facebook account, c. 2010, followed by repeated theft of instrument receipts and appraisals, filed paper copies of health information, life insurance policies, and stolen mortgage and other banking statements meticulously cared for by me, beginning with our affiliation with the UVA credit union, and observation that my devices were hacked to gain appropriate instrument and other asset value from a Microsoft Excel spreadsheet built by me, or impede other professional applications, I had concerns about ICA's role in our experiences with corporations like Disney and NBC in an exploitive way in this area, given alumni families' ties to those endeavors via major producers in NYC and politicians of Chicago. I also observed the possibility of misuse of health information supplied to Girl Scouts Summer Hollow Day Camp, when an executive for that organization's national management is an alumni connection and has ties to professional performing arts administrations in Philadelphia.

32) **DENIAL OF PARENTAL RIGHTS IN REQUESTING BASIC DIRECTORY INFORMATION** In June of 2025, politely waiting until the busy graduation time had cleared for the summer, after repeated and persistent efforts to establish concerns about our daughter's

behavior as a result of mishandling on campus for three years and no presentation as evidence of her wellbeing, I called and spoke with CR of Student Affairs. I attempted to explain that mail sent to PFWM's mailbox recently had been returned and we wanted basic directory information about her for the summer. Mr. CR would not allow for me to finish my verbal report and request, theatrically saying "ma'am, ma'am, I cannot help you, get a lawyer" as though he were performing for an audience. I told him his response as an officer was unacceptable and asked to speak to his supervisor. I also mentioned the acting director He told me it was Kenyon Bonner who had refused me, along with the AH, and RH, Dr. CH of UVA Health System in previous approaches, the concerns expressed about behavioral and communication changes of our sunny daughter. I told him that Mr. Bonner would not help and asked who his supervisor was. Mr. CR r replied, with great emphasis, the President of the University of Virginia. I followed up this call to President PR office prior to his late July departure, with no response, then I hand delivered a written letter in August to Interim President PGM, also with no response.

**RELIEF SOUGHT**

1)Immediately and prior to any litigation, I would ask the judge to please intervene on our behalf with UVA Administration and or Rector and Board of Visitors to produce for us an in person meeting with our daughter.

2) The establishment of Medical Power of Attorney to protect PFWM from victimization or inferior medical care at the UVA Health System and Marthal Jefferson Hospital systems, with stipulations only for our review. This will result in our subpoena of all medical records, also, for purposes of this litigation.

3) I am requesting a cessation of all abusive bill collections

4) a breakdown of specific monetary relief sought that can be presented when all parties are present. These include compensatory and punitive damages.

In addition to financial renumeration for the breech of information, resulting in pain, estrangement, suffering, other literal abuses to our bodies and property, including trespassing, a hate crime, fraud, and medical insurance fraud in Virginia, illegal surveillance and non-consented to in-home health care,

5) I request a court ordered injunction with UVA Student Affairs to change behavior toward our family given their examples of obfuscation in our own requests for legal protections of our daughter's health and our requests for directory information during and as a result of events of emergency and health threats on campus, demonstrated by written apology from each member mentioned in this complaint.

6)I also request that UVA President's Office present in the form of an apology for the University's defamation and abuse of PFWM and her mom's and dad's rights, through an approach to PFWM directly, and request that she please seek a reconciliation with her parents and sister, so that we again can grow together.

7)I also request that PFWM be presented to us by the UVA President's Office and with its acknowledgement, so that our family can have lunch together, assess what has happened from the perspective of her parents, and rebuild our lives after such terrible experiences with the influence of this university brand and its medical system, noting that our younger daughter's college application preparation occurs beneath this situation.

## CONCLUSION

After numerous efforts seeking the assistance of multiple attorneys, noting unprofessionalism issues about information sharing in the region, I have chosen to represent myself pro se and in forma pauperis to protect the sensitivity of the information in the interest safety of all parties mentioned and good civil conduct.

I would request that the judge and defendants please consider the highly sensitive nature of the information that was abused in public schools to take advantage of us at the hand of UVA, forms of criminal malpractice and retaliation in the Commonwealth, the ways the information could compromise her safety by any rogue actors seeking to do harm to her, potential for harm in the form of impersonation, or against us as proxies or against extended family with formal military positions and high Department of Defense relationships and clearances. From directly knowing some of these DoD (DoW) people for thirty years, but observing their prior behavior and connections, I have a feel for their insecurities and motivations too.

I would request that this case please be presented as a bench trial, if it proceeds beyond the initial hearing. I would ask for the Court to please extend measures to ban public attendance and press from the court proceedings. And, since lobbying and alumni associations have been key aspects of the case, I would ask of the Charlottesville based Federal Circuit court, for the judge Jasmine Hyejung Yoon to please recuse herself, if per her web bio UVA alumni and Capitol One affiliations (as former vice president of Corporate Integrity, Ethics, and Investigations at Capital One Financial Corporation) present a conflict of interest, given the obvious claims against her alma mater and the corporation's involvement in the following

- employment of past manager of my husband and her role in Albemarle County Public Schools extra-curricular Destination Imagination executive management;
- an alumni connection who studied horn at Juilliard working for the Richmond location,
- its Richmond location serving as a venue for a Richmond Symphony performance I played for a Canadian conductor B[redacted] B[redacted] who was a family friend of my husband's




- its funding of a horn professor at Catholic University where I studied, ret. US Navy Employee's named orchestra venue, Capitol One Hall, built for Fairfax Symphony, where Eric Moore serves as principal horn and (current or past) President of the Fairfax Symphony board

Mentioned here with great sensitivity to dear, numerous, high profile roommates (six) and other friends from conservatory of South Korean origins, I mention additional concern about Judge Yoon's ability to rule with impartiality related to partisan politics and our friend working for Georgia Tech living in Alexandria, her appointment by President Biden, and news of the recent deportation of foreign nationals from the country where she was born from a Georgia Hyundai plant by ICE (NYT, 9/7/2025), and concerns that any or all of these examples present a "kangaroo" style (artificial) court in Western Virginia.

I would ask that defendants observe utmost professionalism given the obvious breach of the private information dating back to 2005, or earlier in an interplay between Columbia Pres and UVA Health, and our daughter's initial health care visits in the Commonwealth of Virginia, the way the Commonwealth sought to create monopolies and impede our rights to fair legal proceedings on the basis of this information, after her birth and care in the Columbia Presbyterian Health System prior to moving to Virginia. Though there were some inferior professionals after the difficult meeting with an executive of

the Columbia-Presbyterian Health System prior to delivery and prior to the twenty week ultrasound, I had relatively few issues with professionalism of health care professionals in New York.

42 USC Section 1983 establishes that public officials when not training and supervising appropriately their employees can be sued for civil rights violations by non-prisoners. This is why I am listing Interim President Mahoney, with my apologies for this situation's presentation his first month on campus. After seeking exhaustive administrative and other remedies, not limited to the following: request for review by Senator Kaine due to his Governorship when the surgeries and accident occurred and his specific role with the University of Virginia when Governor, reporting to state medical boards the misconduct of specific physicians, reporting the legal malpractice of a specific law firm to the state bar, two requests for review through the Department of Justice about the Conspiracy charges, Letter to the District Attorney of Virginia and current Governors of New York and Virginia, a civil rights claim with the US Department of Education, a request for professional mediation with the UVA President's Office, in addition to many appeals to the Student Services office since the initial reaction around the time of the murder of football players on campus, and additional due diligence in the examples presented to a self-proclaimed military therapist with questions about how and why US Military officers can affect the body of civilians,

I seek relief of the University of Virginia Board of Visitors, requesting that it repay compensatory damages in the form of lost wages on a par with my tenured colleagues, and for the intentional emotional distress incurred by our family of four within the Commonwealth due to its abusive practices since 2005, both for my family and to establish a trust for PFWM should any immediate surgical care be required by her anywhere in the world, regardless of the quality of her insurance in her life. Though I have never stopped working, developing myself professionally, and applying for tenured positions, as PFWM's primary caregiver I especially relate these discriminatory actions of the UVA brand in consort with Albemarle County Public Schools and its possible treating my home as its easement, as undue challenges to my current professional situation after systemic discrimination in the Commonwealth, exploiting personal information from my education in New York to the benefit of other musicians in the Commonwealth and in the world.

UVA exerted its lobbying influence in public education, law enforcement, politics, the military, medical research, performing arts research, and college alumni associations to create an environment of our slavery, on the basis of defending its inappropriately shared health information of PFWM's in public education settings, to damage our rights and courage in the wake of surgical malpractice. UVA's Curry School's presence is strong in Albemarle County Public Schools, inviting gifted students to participate in on campus enrichment such as Student Enrichment Program and Summer Enrichment Program, all opportunities we and her grandparents supported for PFWM. However, ACPS and Curry also breached child labor laws and work hours expected of minors enrolled in AP Classes through the culture supported locally in Albemarle County Public Schools as I reported to the State Labor Board, Summer 2023. Penelope's experience in local employment included dubious supervision or appropriate boundaries of supervisors at Snow's Garden Center, Hot Cakes (where she sustained 2-3rd degree burns), and Starbucks scheduling at multiple locations while doing a rigorous course schedule at MHS, performing violin in Youth Orchestra of Central Virginia, and studying through MHS's ties to CATEC, in medic preparation training.

The case I present is not a hermeneutical academic nor theatrical presentation. I am suggesting the FERPA law was used to trap us and craft this problem against us, for the benefit of American politicians, justices

and courts, geopolitics, surgical research or journal articles, medical device manufacturer, and against us strategically, for the benefit of UVA's reputation, not our daughter's freedom at age 18. These efforts may have involved corporate or other forms of espionage. I have tolled the initial problem from 2006 to protect our daughter's and our safety, reputations, and opportunities, though the outcomes include the defensive retorts to my current three year persistent approaches with the UVA administration. These outcomes occurred under UVA Student Affairs office under several supervisors, one promoted to an executive UVA Health post c. 2023. The office has had four directors in three years since her 2022 enrollment.

Lastly, In the twenty years we have lived in Charlottesville, UVA used our family in the interest of competitive efforts in academia in music, business, health care, politics, and international relations. The loss of our beloved daughter's presence for three years is a source of constant sorrow, especially in the situation of international wars, on a campus environment of murder of students, and in local civil unrest of Israeli- Palestinian demonstrations allowed to occur on the historic property then disbursed by police tear gas.Her fourth year on the UVA campus beginning this fall, we have limited time to find our daughter before she graduates and moves on. Colleges have responsibilities to work with families who have extenuating circumstances, and assist families after their own on-campus disasters; this was voiced sensitively by GWU's Vice Provost Coleman in the August 2025 seminar. Our nuclear family, father, mother, and sister, love PFWM a lot. Her emotions come as a surprise to those who know her and us well, teachers, relatives, and supportive friends, and no little sister nor big sister should be made to resolve a problem so big that never was their faults, at all.

## DEFINITIONS

**Tolling** the statute of limitations means to temporarily suspend or delay the start or running of the time limit for filing a legal action, such as a lawsuit or criminal prosecution. This legal doctrine allows a case to proceed even after the standard time period would normally have expired, usually because of circumstances that prevented the affected party from knowing about the issue or from taking legal action (Google, 9/7/25).

### Primary Authority: Constitutional and Federal Statutory Basis

### Constitutional Amendments

**Amendment 13 of the US Constitution states**: Neither slavery nor servitude except as a punishment for crime where of the party shall have been duly convicted, shall exist within the United States (U.S. Constitution, Cornell Law Library online).

**Fifth Amendment** (Overview)

The clauses incorporated within the Fifth Amendment outline basic constitutional limits on police procedure. The Framers derived the Grand Juries Clause and the Due Process Clause from the Magna Carta, dating back to 1215. Scholars consider the Fifth Amendment as capable of breaking down into the following five distinct constitutional rights:

1. The right to indictment by the grand jury before any criminal charges for felonious crimes
2. A prohibition on double jeopardy

3. A right against forced self-incrimination
4. A guarantee that all criminal defendants have a fair trial, and
5. A guarantee that the government cannot seize private property without making a due compensation at the market value of the property.

**Federal Statutory Basis**

- 28 U.S.C. § 1331 **(Federal Question Jurisdiction):**

  . This statute grants federal district courts the power to hear cases "arising under" the U.S. Constitution, federal laws, or treaties. This means if your claim is based on a violation of a federal law, you can file it in federal court.

- Federal Tort Claims Act (FTCA) **(28 U.S.C. § 2674):**

  . This Act allows individuals to sue the United States government for damages caused by the torts (civil wrongs) of its employees.

- 28 U.S.C. § 1332 **(Diversity Jurisdiction):**
  . In addition to federal law claims, federal courts also have jurisdiction over cases where the amount in controversy exceeds $75,000 and the parties are citizens of different states.

How It Works

Federal courts have limited jurisdiction and can only hear cases specifically authorized by the Constitution and federal laws. When your case involves a question of federal law or a claim against the U.S. government, you have a statutory right to sue in federal court, provided you meet the standing requirements (Google, 9/7/2022)

**Other US Code Statutes** **

**42 USC Chapter 21, Subchapter I: Generally**
**From Title 42—The Public Health and Welfare**
CHAPTER 21—CIVIL RIGHTS

**§1981. Equal rights under the law**

**(a) Statement of equal rights**

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

**(b) "Make and enforce contracts" defined**

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

**(c) Protection against impairment**

The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law

### 1983. Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

### §1985. Conspiracy to interfere with civil rights

*(1) Preventing officer from performing duties*

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

*(2) Obstructing justice; intimidating party, witness, or juror*

If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

*(3) Depriving persons of rights or privileges*

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

(R.S. §1980.)

### 20 USC 1681: Sex

§1681. Sex

*(a) Prohibition against discrimination; exceptions*

No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance,

### 29 USC 212: Child labor provisions

*(a) Restrictions on shipment of goods; prosecution; conviction*

No producer, manufacturer, or dealer shall ship or deliver for shipment in commerce any goods produced in an establishment situated in the United States in or about which within thirty days prior to the removal of such goods therefrom any oppressive child labor has been employed: *Provided*, That any such shipment or delivery for shipment of such goods by a purchaser who acquired them in good faith in reliance on written assurance from the producer, manufacturer, or dealer that the goods were produced in compliance with the requirements of this section, and who acquired such goods for value without notice of any such violation, shall not be deemed prohibited by this subsection: *And provided further*, That a prosecution and conviction of a defendant for the shipment or delivery for shipment of any goods under the conditions herein prohibited shall be a bar to any further prosecution against the same defendant for shipments or deliveries for shipment of any such goods before the beginning of said prosecution.

*(b) Investigations and inspections*

The Secretary of Labor or any of his authorized representatives, shall make all investigations and inspections under section 211(a) of this title with respect to the employment of minors, and, subject to the direction and control of the Attorney General, shall bring all actions under section 217 of this title to enjoin any act or practice which is unlawful by reason of the existence of oppressive child labor, and shall administer all other provisions of this chapter relating to oppressive child labor.

*(c) Oppressive child labor*

No employer shall employ any oppressive child labor in commerce or in the production of goods for commerce or in any enterprise engaged in commerce or in the production of goods for commerce.

*(d) Proof of age*

In order to carry out the objectives of this section, the Secretary may by regulation require employers to obtain from any employee proof of age.

(June 25, 1938, ch. 676, §12, 52 Stat. 1067 ; 1946 Reorg. Plan No. 2, §1(b), eff. July 16, 1946, 11 F.R. 7873, 60 Stat. 1095; Oct. 26, 1949, ch. 736, §10, 63 Stat. 917 ; Pub. L. 87–30, §8, May 5, 1961, 75 Stat. 70 ; Pub. L. 93–259, §25(a), Apr. 8, 1974, 88 Stat. 72 .)

**These examples of United States Code were copied directly from Office of the Law Revision Council (9/6/2025).

25

8:15 AM
9/8/25

Additions:

P. 12: 8 Dr. WQ also said to Penelope that her sister would be the best organ donor candidate

p14: The day before travel, I was the subject of a dulling treatment involving scientific application at Hair Cuttery Hollymead, the day before traveling to Stockholm Sweden via ~~[illegible]~~ RIC airport, stopping in Copenhagen. When returning and working on UVA property ^ that summer... (2009)

AAW

p 18: 8) 3 UVA graduation tickets, 2026

– Requesting Service to Defendants by U.S. Marshall

26
8:15 AM
9/8/25 P. 17 No. 33 (New) Example of Slavery

During McCauliffe Governorship, our family used VA State health plan for approximately 48 hours, However, a document indicated in fine print " Space medicine " used on children. While my daughters were at Greer Elem, I called the number on the plan to inquire about What that was. The pamphlet was stolen from our G. G. residence While I picked up my children from School. The plan was witely advertised at the low income School.

AAW

P. 17, No. 34 - See Below

Dr. Angela A. Wilmot, DMA

I Submit all of these documents to the best of my ability
9/8/25.

34) When maintaining a Safety deposit box at Suntrust Albemarle Square, I was gassed when left alone in box room, then in review room, noted contents tampered with

AAW

35) Dental Malpractice, pressure about orthodontia, JY DDS.